```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020
```

# Tilton Beldner LLP

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

December 14, 2020

*Via ECF*
Hon. Judge Analisa Torres
U.S. District Judge
Thurgood Marshall Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Lagos v. ANM Management, LLC, and Jack's Construction Group, Inc.*
             *20-CV-5613 (AT)*

Dear Hon. Judge Torres:

    This firm is co-counsel in our representation of Defendant ANM Management, LLC ("ANM Management") in the above referenced matter, and I write jointly with counsel for Plaintiff to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled for December 21, 2020. By way of background, Plaintiff originally commenced this action against ANM Management on July 20, 2020. Plaintiff filed an Amended Complaint on October 06, 2020, where in Plaintiff added Jack's Construction Group, Inc., ("Jack's Construction") as a defendant. ANM Management filed an Answer to the Amended Complaint on October 20, 2020. It is my understanding that Jack's Construction was served approximately nine days ago. Jack's Construction has not yet appeared in the case.

    In light of the foregoing, given that one of the two defendants was only recently served, we respectfully request a 30-day adjournment of the Initial Pretrial Conference, so as to allow Jack's Construction to appear in the case and respond to the Amended Complaint. This is the second request for an adjournment of the Initial Pretrial Conference. The first request for an adjournment was granted by the Court on November 13, 2020. If granted, the only deadline affected would be the date of the deadline for the submission of the parties' joint pre-conference letter.

    Thank you for your time and consideration regarding this matter.

Very truly yours,

---

GRANTED. The conference scheduled for December 21, 2020 is ADJOURNED to **January 25, 2021**, at **10:00 a.m.** By **January 18, 2021**, the parties shall submit a joint letter and case management plan.

SO ORDERED.

Dated: December 14, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge