```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/25/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS MANCHAME LAGOS,

                Plaintiff,

-against-

ANM MANAGEMENT, LLC,

                Defendant.

20 Civ. 5613 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In order to permit mediation to take place, the conference scheduled for January 25, 2021 is ADJOURNED to **March 25, 2021**, at **11:00 a.m.** By **March 18, 2021**, the parties shall submit an updated joint letter and case management plan.

    SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge